IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:

AARON L SWARTZ

CASE NO. 12-50474
Chapter 7

JUDGE SHEA STONUM

Debtor(s)

STATEMENT UNDER PENALTY OF PERJURY CONCERNING
PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. SECTION 521 (A)(1)(B)(iv)

I, BRENDA SWARTZ, Wife of the Debtor and residing with the Debtor, states as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the Petition from any employer because:

__X__ a) I was not employed during the 60 day period immediately preceding the filing of the above-referenced case.

_____ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment;

_____ c) I am self employed and do not receive any evidence of payments;

__X__ d) Other (Please Explain) I receive $792.00 from Social Security each month.

I declare under the penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/16/12

*Brenda S. Swartz*
BRENDA SWARTZ

Respectfully submitted,

/s/ *John D Frisby*

JOHN D. FRISBY #0025594
Attorney for Debtor(s)
330-760-8888

MAILING ADDRESS

118 W Streetsboro St., #225
Hudson, OH 44236

OFFICE ADDRESS

2423 State Rd
Cuyahoga Falls, OH 44223

CERTIFICATE OF SERVICE

I hereby certify that on 16th day of Feb, 2012 I served a true and correct copy of the foregoing Statement Under Penalty of Perjury Concerning Payment Advices Due Pursuant to 11 U.S.C. Section 521 (A)(1)(B)(iv) by ECF electronic transmission to U.S. Trustee and Trustee R Thomas II, and via U.S. Mail, postage prepaid to the Debtor(s).

/s/John D. Frisby
JOHN D. FRISBY
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:

AARON L SWARTZ

CASE NO. 12-50474
Chapter 7

JUDGE SHEA STONUM

Debtor(s)

STATEMENT UNDER PENALTY OF PERJURY CONCERNING
PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. SECTION 521 (A)(1)(B)(iv)

I, AARON L SWARTZ, Debtor, states as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the Petition from any employer because:

__X__ a) I was not employed during the 60 day

period immediately preceding the filing of the above-referenced case.

_____ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment;

_____ c) I am self employed and do not receive any evidence of payments;

____X____ d) Other (Please Explain) I receive $560.00 in pension income and $1484.00 from Social Security each month.

I declare under the penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/16/12

*Aaron L. Swartz*
AARON L. SWARTZ

Respectfully submitted,

/s/ *John D Frisby*

JOHN D. FRISBY #0025594
Attorney for Debtor(s)
330-760-8888

**MAILING ADDRESS**

118 W Streetsboro St., #225
Hudson, OH 44236

OFFICE ADDRESS

2423 State Rd
Cuyahoga Falls, OH 44223

## CERTIFICATE OF SERVICE

I hereby certify that on 16th day of Feb , 2012 I served a true and correct copy of the foregoing Statement Under Penalty of Perjury Concerning Payment Advices Due Pursuant to 11 U.S.C. Section 521 (A)(1)(B)(iv) by ECF electronic transmission to U.S. Trustee and
Trustee R. Thomas II , and via U.S. Mail, postage prepaid to the Debtor(s).

/s/John D. Frisby
JOHN D. FRISBY
Attorney for Debtor(s)