United States Bankruptcy Court
Northern District of Ohio

In re:                                                              Case No. 12-50474-mss
Aaron L Swartz                                                      Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-5          User: spete              Page 1 of 3              Date Rcvd: Feb 17, 2012
                              Form ID: 227i            Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2012.
```
db          +Aaron L Swartz,    1642 Herkender Ave,     Akron, OH 44310-2716
tr          +Robert S. Thomas, II,    One South Main Street - 2nd Floor,     Akron, OH 44308-1834
21299181    +AAFA OF OHIO, INC,    1658 BRITTAIN RD,    Akron, OH 44310-2702
21299182     AALLC/MARATHON OIL,    CO/ ASSET ACCEPTANCE,     POB 2036,    Warren, MI 48090-2036
21299183     AEGIS,    POB 165839,    Irving, TX 75016-5839
21299184     ALEXANDRIA VANECK CO LPA,    5660 SOUTHWYCK BLVD, #110,    Toledo, OH 43614-1597
21299185    +APU OF EUCLID LLC,    DBA ADVANCE PAY USA,    1082 E TALLMADGE AVE,    Akron, OH 44310-3516
21299187    +ASSET ACCEPTANCE,    C/O CHASE RECEIVABLES,    1247 BROADWAY,    Sonoma, CA 95476-7503
21299188     ASSET ACCEPTANCE,    C/O MONARCH RECOVERY MGMT,     POB 21089,    Philadelphia, PA 19114-0589
21299189     ASSET RECOVERY SOLUTIONS,    POB 1022,    Wixom, MI 48393-1022
21299190     BUCKEY E LENDING SOLUTIONS,    C/O J MARK HELDENBRAND PC,     POB 34772,    Phoenix, AZ 85067-4772
21299191    +BUCKEYE LENDING SOLUTIONS,    7001 POST RD, STE 300,    Dublin, OH 43016-8066
21299194    +CAPITAL ONE BANK USA,    C/O NORTHLAND GROUP,    POB 390846,    Minneapolis, MN 55439-0846
21299195    +CAPITAL ONE BANK USA NA,    C/O MATTHEW COFFMAN ESQ,    471 E BROAD ST,    Columbus, OH 43215-3842
21299197     CASE MEDICAL GRP-MDCR OTPT,    C/O REVENUE GROUP,     3700 PARK EAST DR,    STE 240,
              Beachwood, OH 44122-4339
21299198    +CHASE RECEIVABLES,    1247 BROADWAY,    Sonoma, CA 95476-7503
21299199    +CHEEK LAW OFFICES,    471 E BROAD ST,    12TH FLOOR,    Columbus, OH 43215-3806
21299200    +CLIENT SERVICES, INC,    3451 HARRY TRUMAN BLVD,     Saint Charles, MO 63301-9816
21299201    +CREDIT ONE BANK,    C/O ALLIED INTERSTATE,    POB 361774,    Columbus, OH 43236-1774
21299203     DEO,    POB 26785,    Richmond, VA 23261-6785
21299204     FIRSTCREDIT INC,    POB 630838,    Cincinnati, OH 45263-0838
21299205    +GE CAPITAL RETAIL BANK,    C/O LENDING EDGE RECOVERY SOLUTIONS,     5440 N CUMBERLAND AVE, STE 300,
              Chicago, IL 60656-1486
21299206    +GE MONEY,    C/O PINNACLE FINANCIAL,    DEPT 673,    POB 4115,    Concord, CA 94524-4115
21299207    +GLOBAL CREDIT & COLLECTION CORP,    300 INTERNATIONAL DR,    PMB #10015,
              Williamsville, NY 14221-5781
21299208    +HSBC BANK,    C/O PROFESSIONAL RECOVERY,    POB 1880,    Voorhees, NJ 08043-7880
21299209    +INTERNAL MEDICINE SPECIALISTS,    POB 909,    Cuyahoga Falls, OH 44223-0909
21299210    +J C CHRISTENSEN & ASSOCIATES,    POB 519,    Sauk Rapids, MN 56379-0519
21299211    +JC PENNEY/GECRB,    C/O ALLIED INTERSTATE,    POB 361774,    Columbus, OH 43236-1774
21299212    +LEGACY VISA,    C/O LHR,    55 MAIN ST,    Hamburg, NY 14075
21299213    +LVNV FUNDING,    C/O ALLIED INTERSTATE,    POB 361774,    Columbus, OH 43236-1774
21299215     NORTHERN SUMMIT RADIOLOGY,    POB 75645,    Cleveland, OH 44101-4755
21299217     RADIOLOGY & IMAGING SER,    C/O MONTGOMERY LYNCH & ASSOC,     POB 22720,    Beachwood, OH 44122-0720
21299219     SUMMA EMERGENCY ASSOCIATES,    POB 1649,    Akron, OH 44309-1649
21299220     SUMMA PHYSICIANS, INC,    C/O MONTGOMERY LYNCH & ASSOCIATES,     POB 22720,
              Beachwood, OH 44122-0720
21299222     SUMMA WESTERN RESERVE HOSP,    POB 75796,    Cleveland, OH 44101-4755
21299223    +SYSTEM OPTICS,    518 WEST AVE,    Tallmadge, OH 44278-2117
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: frisbyjd@aol.com Feb 17 2012 22:45:59     John D Frisby, Jr,
              118 West Streetsboro Street,    # 225,    Hudson, OH  44236
21299186     EDI: ACCE.COM Feb 17 2012 22:03:00     ASSET ACCEPTANCE,    POB 2036,    Warren, MI 48090-2036
21299192    +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Feb 17 2012 22:48:15
              CAPITAL ONE AUTO FINANCE,    3905 N DALLAS PKWY,    Plano, TX 75093-7892
21299193     EDI: ARSN.COM Feb 17 2012 22:03:00     CAPITAL ONE BANK USA,    C/O ASSOCIATED RECOVERY SYSTEMS,
              POB 469046,    Escondido, CA 92046-9046
21299196     EDI: CAPITALONE.COM Feb 17 2012 22:03:00     CAPITAL ONE BANK USA NA,    POB 71083,
              Charlotte, NC 28272-1083
21299202     E-mail/Text: BKRMailOps@weltman.com Feb 17 2012 22:49:31     CREDIT ONE BANK/LVNV FUNDING,
              C/O WELTMAN, WEINBERG & REIS,    323 W LAKESIDE AVE, STE 300,    Cleveland, OH 44113-1009
21299214    +EDI: MERRICKBANK.COM Feb 17 2012 22:03:00     MERRICK BANK,    C/O CARDWORKS SERVICING LLC,
              225 W STATION SQUARE DR,    Pittsburgh, PA 15219-1174
21299216     EDI: PHINPLAZA.COM Feb 17 2012 22:03:00     PLAZA ASSOCIATES,    POB 18008,
              Hauppauge, NY 11788-8808
21299218     EDI: ACCE.COM Feb 17 2012 22:03:00     SPEEDWAY,    C/O ASSET ACCEPTANCE,    POB 2038,
              Warren, MI 48090-2038
21299221    +E-mail/Text: steermans@summa-health.org Feb 17 2012 22:48:26     SUMMA PHYSICIANS, INC DBA NEOCS,
              POB 1020,    Ravenna, OH 44266-1020
21299224     EDI: AISTMBL.COM Feb 17 2012 22:03:00     T MOBILE,    POB 742596,    Cincinnati, OH 45274-2596
21299225     E-mail/Text: felicia.fandrey-dalton@twcable.com Feb 17 2012 22:48:20     TIME WARNER CABLE,
              POB 0901,    Carol Stream, IL 60132-0901
21299226    +EDI: MID8.COM Feb 17 2012 22:03:00     VERIZON WIRELESS,    C/O MIDLAND FUNDING,    DEPT 12421,
              POB 603,    Oaks, PA 19456-0603
21299227    +EDI: RMSC.COM Feb 17 2012 22:03:00     WALMART/GEMB,    POB 530297,    Atlanta, GA 30353-0297
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 19, 2012**                              **Signature:**     *Joseph Speetjens*

District/off: 0647-5     User: spete              Page 3 of 3                Date Rcvd: Feb 17, 2012
                         Form ID: 227i            Total Noticed: 50

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2012 at the address(es) listed below:
          John D Frisby    on behalf of Debtor Aaron Swartz frisbyjd@aol.com
          Robert S. Thomas    rsttrustee@yahoo.com, oh68@ecfcbis.com
                                                                                             TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## Northern District of Ohio

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on February 16, 2012.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. For more information regarding the U.S. Bankruptcy Court for the Northern District of Ohio, Local Rules, Bankruptcy Code, Forms and other information you may refer to our web page located at www.ohnb.uscourts.gov.

**See Reverse Side For Important Explanations.**

**Debtor(s) (name(s) and address):**
Aaron L Swartz
1642 Herkender Ave
Akron, OH 44310

| All other names used by the Debtor(s) in the last 8 years (include married, maiden, and trade names): | Case Number:<br>12−50474−mss<br><br>Last four digits of Social Security No./Taxpayer ID Nos.:<br>xxx−xx−8776 |
|---|---|
| **Attorney for Debtor(s) (name and address):**<br>John D Frisby Jr<br>118 West Streetsboro Street<br># 225<br>Hudson, OH 44236<br>Telephone number: (330) 760−8888 | **Bankruptcy Trustee (name and address):**<br>Robert S. Thomas II<br>One South Main Street − 2nd Floor<br>Akron, OH 44308<br>Telephone number: 330−253−5738 |

## Meeting of Creditors:
Date: **April 9, 2012**   Time: **11:30 AM**
Location: **First Energy Building, Atrium Level #120, 76 S Main St, Akron, OH 44308**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on the reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: June 8, 2012
Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. If you believe that this stay should be modified or lifted, you may file a motion seeking such relief from the Court.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.
**Foreign Creditors:** A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File A Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>455 Federal Bldg<br>2 South Main Street<br>Akron, OH 44308 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth J. Hirz |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 17, 2012 |

# EXPLANATIONS

FORM ohnb227i

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay.<br><br>Creditors who wish to be notified of abandonment proceedings must file a written request for notice with the Court prior to the conclusion of the 11 U.S.C. § 341 meeting. Otherwise, the Court may order abandonment with notice only to affected parties. See L.B.R. 2002−1(a). |
| Presumption of Abuse | If the presumption of abuse arises, creditors have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. which is 60 days after the initial date on which the meeting of creditors is scheduled. The bankruptcy clerk's office must receive the complaint or motion and the required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––