Certificate Number: 01401-OHN-DE-017434568

Bankruptcy Case Number: 12-50474


01401-OHN-DE-017434568

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 23, 2012, at 5:28 o'clock PM EST, Aaron L Swartz completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date: February 23, 2012    By: /s/Candy Wright

Name: Candy Wright

Title: Counselor