```
                                   United States Bankruptcy Court
                                    Northern District of Ohio
In re:                                                                    Case No. 12-50474-mss
Aaron L Swartz                                                            Chapter 7
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0647-5          User: admin                   Page 1 of 3           Date Rcvd: Jun 13, 2012
                              Form ID: 234a                 Total Noticed: 50


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2012.
db           +Aaron L Swartz,    1642 Herkender Ave,    Akron, OH 44310-2716
21299181     +AAFA OF OHIO, INC,    1658 BRITTAIN RD,    Akron, OH 44310-2702
21299182      AALLC/MARATHON OIL,    CO/ ASSET ACCEPTANCE,    POB 2036,    Warren, MI 48090-2036
21299183      AEGIS,    POB 165839,   Irving, TX 75016-5839
21299184     #ALEXANDRIA VANECK CO LPA,    5660 SOUTHWYCK BLVD, #110,    Toledo, OH 43614-1597
21299185    ++APU OF EUCLID LLC,    8189 BRECKSVILLE RD,    BRECKSVILLE OH 44141-1342
             (address filed with court: APU OF EUCLID LLC,    DBA ADVANCE PAY USA,    1082 E TALLMADGE AVE,
               Akron, OH 44310)
21299187     +ASSET ACCEPTANCE,    C/O CHASE RECEIVABLES,    1247 BROADWAY,    Sonoma, CA 95476-7503
21299188      ASSET ACCEPTANCE,    C/O MONARCH RECOVERY MGMT,    POB 21089,    Philadelphia, PA 19114-0589
21299189      ASSET RECOVERY SOLUTIONS,    POB 1022,    Wixom, MI 48393-1022
21299190      BUCKEY E LENDING SOLUTIONS,    C/O J MARK HELDENBRAND PC,    POB 34772,    Phoenix, AZ 85067-4772
21299191     +BUCKEYE LENDING SOLUTIONS,    7001 POST RD, STE 300,    Dublin, OH 43016-8066
21299194     +CAPITAL ONE BANK USA,    C/O NORTHLAND GROUP,    POB 390846,    Minneapolis, MN 55439-0846
21299195     +CAPITAL ONE BANK USA NA,    C/O MATTHEW COFFMAN ESQ,    471 E BROAD ST,    Columbus, OH 43215-3842
21299197      CASE MEDICAL GRP-MDCR OTPT,    C/O REVENUE GROUP,    3700 PARK EAST DR,    STE 240,
               Beachwood, OH 44122-4339
21299198     +CHASE RECEIVABLES,    1247 BROADWAY,    Sonoma, CA 95476-7503
21299199     +CHEEK LAW OFFICES,    471 E BROAD ST,    12TH FLOOR,    Columbus, OH 43215-3806
21299200     +CLIENT SERVICES, INC,    3451 HARRY TRUMAN BLVD,    Saint Charles, MO 63301-9816
21299201     +CREDIT ONE BANK,    C/O ALLIED INTERSTATE,    POB 361774,    Columbus, OH 43236-1774
21299203      DEO,    POB 26785,   Richmond, VA 23261-6785
21299204      FIRSTCREDIT INC,    POB 630838,    Cincinnati, OH 45263-0838
21299205     +GE CAPITAL RETAIL BANK,    C/O LENDING EDGE RECOVERY SOLUTIONS,    5440 N CUMBERLAND AVE, STE 300,
               Chicago, IL 60656-1486
21299206     +GE MONEY,    C/O PINNACLE FINANCIAL,    DEPT 673,    POB 4115,    Concord, CA 94524-4115
21299207     +GLOBAL CREDIT & COLLECTION CORP,    300 INTERNATIONAL DR,    PMB #10015,
               Williamsville, NY 14221-5781
21299208     +HSBC BANK,    C/O PROFESSIONAL RECOVERY,    POB 1880,    Voorhees, NJ 08043-7880
21299209     +INTERNAL MEDICINE SPECIALISTS,    POB 909,    Cuyahoga Falls, OH 44223-0909
21299210     +J C CHRISTENSEN & ASSOCIATES,    POB 519,    Sauk Rapids, MN 56379-0519
21299211     +JC PENNEY/GECRB,    C/O ALLIED INTERSTATE,    POB 361774,    Columbus, OH 43236-1774
21299212     +LEGACY VISA,    C/O LHR,    55 MAIN ST,    Hamburg, NY 14075
21299213     +LVNV FUNDING,    C/O ALLIED INTERSTATE,    POB 361774,    Columbus, OH 43236-1774
21299215      NORTHERN SUMMIT RADIOLOGY,    POB 75645,    Cleveland, OH 44101-4755
21299217      RADIOLOGY & IMAGING SER,    C/O MONTGOMERY LYNCH & ASSOC,    POB 22720,    Beachwood, OH 44122-0720
21299219      SUMMA EMERGENCY ASSOCIATES,    POB 1649,    Akron, OH 44309-1649
21299220      SUMMA PHYSICIANS, INC,    C/O MONTGOMERY LYNCH & ASSOCIATES,    POB 22720,
               Beachwood, OH 44122-0720
21299222      SUMMA WESTERN RESERVE HOSP,    POB 75796,    Cleveland, OH 44101-4755
21299223     +SYSTEM OPTICS,    518 WEST AVE,    Tallmadge, OH 44278-2117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21299186      EDI: ACCE.COM Jun 14 2012 00:28:00     ASSET ACCEPTANCE,    POB 2036,    Warren, MI 48090-2036
21315614     +EDI: ATLASACQU.COM Jun 14 2012 00:28:00     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303,    Attn: Avi Schild
21314448     +EDI: ATLASACQU.COM Jun 14 2012 00:28:00     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
21299192     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Jun 14 2012 00:50:59
               CAPITAL ONE AUTO FINANCE,    3905 N DALLAS PKWY,    Plano, TX 75093-7892
21299193      EDI: ARSN.COM Jun 14 2012 00:28:00     CAPITAL ONE BANK USA,    C/O ASSOCIATED RECOVERY SYSTEMS,
               POB 469046,    Escondido, CA 92046-9046
21299196      EDI: CAPITALONE.COM Jun 14 2012 00:28:00     CAPITAL ONE BANK USA NA,    POB 71083,
               Charlotte, NC 28272-1083
21299202      E-mail/Text: BKRMailOps@weltman.com Jun 14 2012 00:52:57     CREDIT ONE BANK/LVNV FUNDING,
               C/O WELTMAN, WEINBERG & REIS,    323 W LAKESIDE AVE, STE 300,    Cleveland, OH 44113-1009
21299214     +EDI: MERRICKBANK.COM Jun 14 2012 00:28:00     MERRICK BANK,    C/O CARDWORKS SERVICING LLC,
               225 W STATION SQUARE DR,    Pittsburgh, PA 15219-1174
21299216      EDI: PHINPLAZA.COM Jun 14 2012 00:28:00     PLAZA ASSOCIATES,    POB 18008,
               Hauppauge, NY 11788-8808
21299218      EDI: ACCE.COM Jun 14 2012 00:28:00     SPEEDWAY,    C/O ASSET ACCEPTANCE,    POB 2038,
               Warren, MI 48090-2038
21299221      +E-mail/Text: steermans@summa-health.org Jun 14 2012 00:51:20     SUMMA PHYSICIANS, INC DBA NEOCS,
               POB 1020,    Ravenna, OH 44266-1020
21299224      EDI: AISTMBL.COM Jun 14 2012 00:28:00     T MOBILE,    POB 742596,    Cincinnati, OH 45274-2596
21299225      E-mail/Text: felicia.fandrey-dalton@twcable.com Jun 14 2012 00:51:12     TIME WARNER CABLE,
               POB 0901,    Carol Stream, IL 60132-0901
21299226     +EDI: MID8.COM Jun 14 2012 00:28:00     VERIZON WIRELESS,    C/O MIDLAND FUNDING,    DEPT 12421,
               POB 603,    Oaks, PA 19456-0603
21299227     +EDI: RMSC.COM Jun 14 2012 00:28:00     WALMART/GEMB,    POB 530297,    Atlanta, GA 30353-0297
                                                                                              TOTAL: 15
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
                                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 15, 2012**                         **Signature:**      *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2012 at the address(es) listed below:
          John D Frisby    on behalf of Debtor Aaron Swartz frisbyjd@aol.com
          Robert S. Thomas    rsttrustee@yahoo.com, oh68@ecfcbis.com
                                                                                            TOTAL: 2

Northern District Of Ohio
US Bankruptcy Court
455 Federal Bldg
2 South Main Street
Akron, OH 44308

**In re:**
   Aaron L Swartz

**Case No.:** 12−50474−mss

**Chapter:** 7

**Address:**
   1642 Herkender Ave
   Akron, OH 44310

**Last four digits of Social Security No.:**
   xxx−xx−8776

### DISCHARGE OF DEBTOR
### IN A CHAPTER 7 CASE

   It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated:** June 13, 2012            /s/ Marilyn Shea−Stonum
Form ohnb234                      United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**\* The Discharge Order is a very important document. Please keep a copy of it in your records \***

**Collection of Discharge Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. (In a case involving community property:) There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Discrimination Prohibited**

Employers are prohibited from discriminating against you because you filed bankruptcy. Similarly, a professional license or driver's license may not be revoked, suspended or denied because you filed bankruptcy.

**Debts That are Discharged**

The chapter 7 discharge order eliminated a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**